ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
Attorney for Defendant Henrietta Binford

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | 2:21-cr-00236-JAD-EJY-1 |
| Plaintiff,       ) | |
| v.       ) | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| HENRIETTA BINFORD,       ) | (First Request) |
| Defendant.       ) | |

IT IS HEREBY STIPULATED by and between the United States of America, by and through Jason M. Frierson, United States Attorney, Steven W. Myhre, Assistant United States Attorney, and Justin Washburne, Assistant United States Attorney; HENRIETTA BINFORD, Defendant, by and through her counsel, Angela H. Dows, Esq. that the sentencing hearing in the above-entitled matter, currently scheduled for February 13, 2024, at the hour of 10:00 a.m., be vacated and continued for approximately sixty (60) days, or to a date and time to be set by this Honorable Court.  This is the first request for a continuance in this case.  This Stipulation is entered into based upon the following:

1.	Defendant Henrietta Binford requests additional time to be able to address one or more of the following: (a) gathering certain supporting documents, medical documents, and information on her behalf in preparation for sentencing, and (b) addressing medical

issues that have arisen over the last year, and ongoing recent treatments as to the same.

2. Instant defense counsel also requests additional time to be able to adequately represent her client in relation to sentencing, including gathering additional sentencing information on behalf of the client.

3. Informal objections to the presentence investigation report from the defense were forwarded to United States Probation and the government on January 16, 2024.

4. Defendant Henrietta Binford has no objection to the continuance, and moreover requested the subject continuance for the reasons stated.

5. The government does not object to the proposed continuance.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the February 13, 2024 sentencing hearing.

DATED this 25th day of January, 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney<br>By: */s/ Justin Washburne*<br>JUSTIN WASHBURNE<br>Assistant United States Attorney<br>Counsel for Plaintiff | CORY READE DOWS & SHAFER<br>By: */s/ Angela H. Dows*<br>ANGELA H. DOWS, ESQ.<br>Appointed Counsel for Defendant<br>Henrietta Binford |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HENRIETTA BINFORD,<br><br>Defendant | 2:21-cr-00236-JAD-EJY-1<br><br><br><br><br><br>**FINDINGS OF FACT,<br>CONCLUSIONS OF<br>LAW, AND ORDER** |

### **FINDINGS OF FACT**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant requests additional time in order to address one or more matters prior to sentencing, including: (a) gathering certain supporting documents, medical documents, and information on her behalf in preparation for sentencing, and (b) addressing medical issues that have arisen over the last year, and ongoing recent treatments as to the same.

2. Defendant's counsel also requests additional time to prepare for sentencing, including assisting in gathering any additional documentation Henrietta Binford provides in support thereof;

3. Counsel for Defendant has conferred with her client, and Defendant Henrietta Binford has no objection to the requested continuance to the sentencing date.

4. The government does not object to the proposed continuance.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would result in a miscarriage of justice, as additional time is needed for the Defendant HENRIETTA BINFORD to prepare for the sentencing hearing, and review the file and the case with counsel for the defense.

2. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for February 13, 2024 at 10:00 a.m., be vacated and continued to April 15, 2024, at the hour of 1:30 p.m.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 1-26-24