UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:21-cr-00236-JAD-EJY-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **FINDINGS OF FACT,** |
| HENRIETTA BINFORD, | ) | **CONCLUSIONS OF LAW,** |
| | ) | **AND ORDER THEREON** |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant requests additional time in order to address one or more matters prior to sentencing, including: (a) gathering certain supporting documents, including transcript(s), medical documents, and information on her behalf in preparation for sentencing, and (b) addressing medical issues that have arisen over the last year, and ongoing recent treatments as to the same.

2. Defendant's counsel also requests additional time to prepare for sentencing, including assisting in gathering any additional documentation Henrietta Binford provides in support thereof;

4

3.  Counsel for Defendant has conferred with her client, and Defendant Henrietta Binford has no objection to the requested brief continuance to the sentencing date.

4.  The government does not object to the proposed brief continuance.

**CONCLUSIONS OF LAW**

1.  Denial of this request for continuance would result in a miscarriage of justice, as additional time is needed for the Defendant HENRIETTA BINFORD to prepare for the sentencing hearing, and review the file and the case with counsel for the defense.

2.  For all the above-stated reasons, the ends of justice would best be served by a brief continuance of the sentencing hearing.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 15, 2024 at 1:30 p.m., be vacated and continued to __April 29__, 2024, at the hour of 1:30 p.m.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __4/11/24__