UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRIETTA BINFORD,<br><br>Defendant. | 2:21-cr-00236-JAD-EJY-1<br><br>**FINDINGS OF FACT,<br>CONCLUSIONS OF LAW,<br>AND ORDER THEREON** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties request that the subject Judgment be amended to reflect the terms in the entered plea agreement.

2. Counsel for Defendant has conferred with her client, and Defendant Henrietta Binford agrees to the proposed amendment to the judgment as identified herein.

3. The Government agrees to the proposed amendment to the judgment as identified herein.

3

**CONCLUSIONS OF LAW**

1. For all the above-stated reasons, the subject Judgment should be amended to reflect the entered plea agreement by the parties, to wit:

   a. That the defendant was adjudicated guilty under "Nature of Offense" of the subject Judgment for Health Care Fraud under 18 U.S.C. § 1347, and not also Aiding and Abetting under 18 U.S.C. § 2. (*See* ECF No. 57, *at* page 1.)

   b. That 18 U.S.C. § 1347 is the only statutory provision under "Title & Section" of the subject Judgment at issue, and not also 18 U.S.C. § 2. (*See* ECF No. 57, *at* page 1.)

**ORDER**

IT IS THEREFORE ORDERED, based upon the stipulation of the parties, that the subject Judgment (*see* ECF No. 57) shall be amended forthwith.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/16/2024