UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America,<br><br>　　　　Plaintiff<br>v.<br><br>Henrietta Binford,<br><br>　　　　Defendant | Case No.: 2:21-cr-00236-JAD-EJY-1<br><br>**Order Striking Motions to Reduce Restitution and for Return of Property**<br><br>[ECF Nos. 62, 63] |
|---|---|

　　　　Henrietta Binford, a criminal defendant represented by counsel, has filed pro se motions for a reduction of the $1.25 million in restitution she was ordered to pay following her guilty plea for one count of health-care fraud, and for the return of property that was taken during a 2018 search.[1]  Binford cannot file motions on her own behalf at this time because he is represented by counsel.  As Local Rule 11-6(a) explains, "[a] party who has appeared by attorney cannot while so represented appear or act in the case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."

　　　　Accordingly, IT IS HEREBY ORDERED that **the Clerk of Court is directed to STRIKE Binford's pro se motions [ECF No. 62, 63] from the docket**.  Defense counsel is directed to provide a copy of this order to Binford.  If Binford believes that relief is necessary, she must ask her attorney to file a motion on her behalf.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　August 13, 2024

---

[1] ECF Nos. 62, 63.